**IT IS ORDERED as set forth below:**

**Date: March 31, 2020**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| | : | |
| WEST VILLAGE HOLDINGS, LLC, | : | BANKRUPTCY CASE |
| | : | 19-50013-LRC |
| Debtor. | : | |
| _____ | : | |
| | : | |
| WEST VILLAGE HOLDINGS, LLC, | : | ADVERSARY PROCEEDING |
| | : | NO. 19-05116-LRC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ONH HOLDINGS, LLC, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| Defendant. | : | BANKRUPTCY CODE |

### <u>FINAL JUDGMENT</u>

The Court having entered an Order on this same day granting in part and denying in part the Motion for Summary Judgment filed by West Village Holdings, LLC, judgment is hereby entered for Plaintiff, West Village Holdings, LLC, against Defendant, ONH

Holdings, LLC, that the Security Deed and Agreement dated April 21, 2008, and filed of record at Deed Book 46639, Page 543, in the Fulton County real property records, has reverted pursuant to O.C.G.A. § 44-14-80(a).

The Court having also, by the same Order entered this same day, granted in part and denied in part the Motion for Summary Judgment filed by ONH Holdings, LLC, judgment is hereby entered for Defendant, ONH Holdings, LLC, against Plaintiff, West Village Holdings, LLC, that pursuant to the Security Deed and Agreement dated March 29, 2011, and filed of record at Deed Book 50000, Page 351, in the Fulton County real property records, Defendant has a valid security interest in real property located at 7335 Old National Highway, Riverdale, Georgia and at 0 Jonesboro Road, Riverdale, Georgia and such security interest secures any and all obligations owed to Defendant under a Promissory Note dated March 29, 2011, in the original principal amount of $228,500.

## END OF DOCUMENT

**Distribution List**

**Will B. Geer**
Wiggam & Geer, LLC
Suite 1150
50 Hurt Plaza SE
Atlanta, GA 30303

**Nicholas Joseph Garcia**
Hall Booth Smith, P.C.
Suite 100
1301 1st Avenue
Columbus, GA 31901

**John C. Clark**
Clark Law Group, LLC
17 Executive Park Drive, Ste. 480
Atlanta, GA 30329

**Pamela L. Coleman**
1301 1st Avenue, Suite 100
P.O. Box 2707
Columbus, GA 31902